**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **RICKY GUINN** § | |
|     ***PLAINTIFF*** § | |
| § | **CIVIL ACTION NO. 6:24-cv-483** |
| **VS.** § | |
| § | |
| **COMBINED OILFIELD SERVICES, LLC** § | |
| **ANDREW JORDAN SERVICES, LLC,** § | |
| **AND ANDREW JORDAN, INDIVIDUALLY** § | |
|     ***DEFENDANTS*** § | |
| § | |

## DEFENDANTS' DISCLOSURE STATEMENT

Defendants Combined Oilfield Services, LLC ("COS"), Andrew Jordan Services, LLC ("AJS"), and Andrew Jordan ("Jordan"), individually (collectively, "Defendants") file this Certificate in compliance with Fed. R. Civ. P. 7.1:

Defendant COS states that it is a Texas domestic limited liability company. Defendant COS is not owned by any parent corporation. Defendant COS is not a publicly-held entity nor is it owned in any percentage by a publicly-held company.

Defendant AJS states that it is a Texas domestic limited liability company. Defendant AJS is not owned by any parent corporation. Defendant AJS is not a publicly-held entity nor is it owned in any percentage by a publicly-held company.

    Respectfully submitted,

    /s/ *Eric Kolder*
    ERIC KOLDER
    Lead Attorney
    State Bar Card No. 24083323
    eric@kolderfirm.com
    MARY KOLDER

State Bar No. 24083324  
mary@kolderfirm.com  
**KOLDER LAW FIRM, PLLC**  
102 N. College, Suite 402  
Tyler, Texas 75702  
(903) 262-8708  

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service January 31, 2025. Local Rule CV-5(a)(3)(A).

/s/ *Eric Kolder*  
ERIC KOLDER