IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| RICKY GUNN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:24-cv-483-JDK |
| | § | |
| COMBINED OILFIELD SERVICES, LLC, | § | |
| et al., | § | |
| | § | |
| Defendants. | | |

## ORDER APPOINTING MEDIATOR

**IT IS ORDERED** that U.S. Magistrate Judge K. Nicole Mitchell is hereby appointed as mediator in this case. Mediation shall be completed by the date set forth in the Scheduling Order and in accordance with the Local Rules of the Eastern District of Texas.

So **ORDERED** and **SIGNED** this **25th** day of **February, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE