**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **RICKY GUINN** | § | |
|     *PLAINTIFF* | § | |
| | § | **CIVIL ACTION NO. 6:24-cv-483-JDK** |
| **VS.** | § | |
| | § | |
| **COMBINED OILFIELD SERVICES, LLC** | § | |
| **ANDREW JORDAN SERVICES, LLC,** | § | |
| **AND ANDREW JORDAN, INDIVIDUALLY** | § | |
|     *DEFENDANT*S | § | |
| | § | |

## ORDER

This Order addresses Defendants' Unopposed Motion for Leave to file their First Amended Answer. The Court finds that the Motion should be **granted**.

The Court accordingly **GRANTS** Defendants' Unopposed Motion for Leave to file their First Amended Answer.