IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| RICKY GUINN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:24-cv-483-JDK |
| COMBINED OILFIELD SERVICES, LLC, et al., | § § § § | |
| Defendants. | § § | |

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED ANSWER**

Defendants Combined Oilfield Services, LLC; Andrew Jordan Services, LLC; and Andrew Jordan have filed an unopposed motion for leave to file first amended answer. Docket No. 9. Having considered the motion, Defendants' motion is hereby **GRANTED**. The amended answer is **ACCEPTED AS FILED** (Docket No. 10).

So **ORDERED** and **SIGNED** this **29th** day of **April, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE