

102 N. College Ave., Suite 402
Tyler, Texas 75702
Eric@KolderFirm.com
903-350-4227

August 12, 2025

**Via Efile**
Eastern District of Texas, Tyler Division
United States District Court

    **Re:**    **Vacation Letter**
             *Ricky Guinn v. Combined Oilfield Services, LLC, Andrew Jordan Services, LLC, and Andrew Jordan, individually,* **Cause No. 6:24-cv-483-JDK, in the United States District Court for the Eastern District of Texas, Tyler Division**

Dear Clerk:

    Please be advised that I will unavailable on the following dates for the following reasons:

        **November 3, 2025 through November 14, 2025 – Vacation**

    I would request that no hearing, depositions, conferences, etc. be scheduled during these dates outlined above.  By copy of this letter, I am advising all counsel of record of these dates.

    Thank you for your attention to this matter.

                                 Sincerely,

                                 Eric Kolder