# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **RICKY GUINN,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Case No. 6:24-cv-483-JDK |
| § | |
| **COMBINED OILFIELD SERVICES,** § | |
| **LLC, ANDREW JORDAN SERVICES,** § | |
| **LLC, AND ANDREW JORDAN,** § | |
| **INDIVIDUALLY,** § | |
| § | |
| **Defendants.** | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ricky Guinn and Defendants Combined Oilfield Services, LLC, Andrew Jordan Services, LLC and Andrew Jordan individually ("the "Parties") file this Stipulation of Dismissal With Prejudice regarding Plaintiff's claims against Defendants pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(ii).

This case is not a class action and a receiver has not been appointed. Additionally, this action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

Plaintiff hereby dismisses, with prejudice, all claims against Defendants.

As indicated by their attorneys' signatures below, all parties who have appeared in the action stipulate to the dismissal, with prejudice, of Plaintiff's claims against Defendants.

Respectfully submitted,

WELMAKER LAW, PLLC


/s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**


Respectfully submitted,

/s/ Eric Kolder
ERIC KOLDER
Lead Attorney
State Bar Card No. 24083323
eric@kolderfirm.com
MARY KOLDER
State Bar No. 24083324
mary@kolderfirm.com
KOLDER LAW FIRM, PLLC
102 N. College, Suite 402
Tyler, Texas 75702
(903) 262-8708

**ATTORNEY FOR DEFENDANTS**


**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on October 6, 2025.

/s/ Douglas B. Welmaker
Douglas B. Welmaker

2