IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **RICKY GUINN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Case No. 6:24-cv-483-JDK |
| | § | |
| **COMBINED OILFIELD SERVICES,** | § | |
| **LLC, ANDREW JORDAN SERVICES,** | § | |
| **LLC, AND ANDREW JORDAN,** | § | |
| **INDIVIDUALLY,** | § | |
| | § | |
| **Defendants.** | | |

### ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Stipulation of Dismissal With Prejudice regarding Plaintiff's claims against Defendants pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(ii). Dkt. 13. Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things granted.

Accordingly, it is hereby ORDERED that Plaintiff's claims against Defendants are dismissed with prejudice, and any and all pending requested relief is denied as moot.