# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| RICKY GUINN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:24-cv-483-JDK |
| § | |
| ANDREW JORDAN SERVICES, LLC, § | |
| et al., § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

Before the Court is the parties' joint stipulation of dismissal with prejudice. Docket No. 13. Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all pending claims in this case are **DISMISSED** with prejudice.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

**So ordered and signed on this**
**Oct 7, 2025**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE